UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WHITNEY VALADEZ,

    Plaintiff,

v.

MESSERLI KRAMER P.A. and JOHN DOES 1–25,

    Defendants.

Case No. 21-CV-520-JPS

ORDER

On April 23, 2021, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant filed an answer on July 1, 2021. (Docket #12). On November 12, 2021, the parties filed a stipulation of dismissal of this action without prejudice and without costs to either party. (Docket #15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 15th day of November, 2021.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge